IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLOTTE FILLINGSNESS, | ) | |
| | ) | 8:04CV574 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Dana Washington and the firm of Wickman & Washington PC LLO. (Filing No. 26) as counsel for the defendant. The defendant continues to be represented by counsel from another firm. The Court finds the movant has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Dana Washington and the firm of Wickman & Washington PC LLO (Filing No. 26) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Dana Washington and the firm of Wickman & Washington PC LLO regarding this case.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge