## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLOTTE FILLINGSNESS,** | ) | |
| | ) | **8:04CV574** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JEFFERSON PILOT FINANCIAL** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' oral motion to extend the deadline for filing summary judgment motions. The court had a telephone conference with counsel on July 14, 2005. W. Craig Howell appeared for the plaintiff and Thomas D. Waldman appeared for the defendant. Upon consideration,

**IT IS ORDERED:**

1.      The parties' oral motion to extend the deadline for filing summary judgment motions is granted.

2.      All motions for summary judgment shall be filed by **September 6, 2005.**

DATED this 15th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge