IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLOTTE FILLINGSNESS,** | ) | |
| | ) | **8:04CV574** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JEFFERSON PILOT FINANCIAL** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 30). The court finds that the parties' stipulation and joint motion should be granted.

**IT IS ORDERED** that the parties' stipulation and joint motion (Filing No. 30) is granted and this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 15th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge